WATKINS *v*. ARNOLD.

Opinion rendered April 27, 1901.

INTERVENTION—JUDGMENT.—Where plaintiff sought to restrain defend-
ants from cutting timber on land claimed by him, and defendants
claimed the right to cut under a third person who was permitted
to intervene, setting up title in herself, on finding the issues in
favor of the intervener judgment should be a dismissal of the bill
for want of equity, and not a decree quieting the intervener's title.

Appeal from Izard Circuit Court.

JNO. B. McCALEB, Judge.

Action by Watkins against Arnold and others to enjoin de-
fendants from cutting timber on land claimed by plaintiff under
a tax title. Defendants denied plaintiff's title, and alleged that
Jane Gray was the owner of the land, and that they had authority
from her to cut the timber. · She was permitted to intervene and
set up title in herself. The court denied the injunction, and
decreed that plaintiff's tax title be canceled and intervener's title
quieted. Plaintiff has appealed.

*J. A. Watkins*, for appellant.

Appellee was not in possession adversely to appellant's title.
58 Ark. 512; 34 Ark. 84; 15 Am. Dec. 433; 33 *id*. 165; 45 Ark.
427; 60 Ark. 70. A tenant at sufferance cannot give to his hold-
ing that character of adverse possession which would ripen into
a title by limitation. 42 Ark. 118; 33 *id*. 633; 43 Ark. 485; Tied.
R. Prop. § 226.

*J. B. Baker, De E. Bradshaw* and *T. E. Helm*, for appellees.

Appellee's title by adverse possession was complete. *Cf*. 27
Ark. 75; 23 Ark. 117.

BUNN, C. J. The decree in this case will be affirmed in effect,
but modified so that the bill will be dismissed for want of equity,
instead of decreeing title in fee in the appellee, Jane Gray, gener-
ally. She still holds under the same title, no greater, no less, than

when the suit was instituted, although, as between herself and the appellant, the latter must fail on her claim of title by adverse possession.

With this modification, the decree is affirmed.